UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-mc-25476-KMM

IN RE: JUAN F. ALBAN

_____

## FIFTH NOTICE OF FILING

The Defendant, through undersigned counsel, gives notice of filing of a copy of:

Petition for Disciplinary Revocation With Leave to Apply for Readmission.

The Revocation Petition was filed with the Florida Supreme Court and undersigned counsel has been advised by Bar counsel that it will be presented to the board of governors at their March 27 -29 meeting for their position. Thereafter, TFB's response will be filed with the Florida Supreme Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished this 27th day of February, 2019, to: Jared Strauss, Esquire, Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

Respectfully submitted,

**WILLIAM TUNKEY, P.A.**
2250 Southwest Third Avenue, 4th Floor
Miami, Florida 33129
Telephone: (305) 858-9550

By: /s/ William R. Tunkey
    WILLIAM R. TUNKEY
    Florida Bar No. 125153

Filing # 85276440 E-Filed 02/21/2019 11:00:44 AM

IN THE SUPREME COURT OF FLORIDA

THE FLORIDA BAR,

Supreme Court Case
No. SC-

IN RE:
THE PETITION FOR
DISCIPLINARY REVOCATION OF
JUAN FERNANDO ALBAN
NARANJO

The Florida Bar File
No. 2019-70,459 (11P-MDR)

Petitioner.

_____/

## **PETITION FOR DISCIPLINARY REVOCATION WITH LEAVE TO APPLY FOR READMISSION**

COMES NOW Petitioner, Juan Fernando Alban Naranjo, and submits this Petition for Disciplinary Revocation pursuant to Rule Regulating Fla. Bar 3-7.12 and states:

1. Petitioner is 48 years old and has been a member of The Florida Bar since April 15, 1997, albeit not eligible pursuant to CLER and Fees delinquencies, and is subject to the jurisdiction of the Supreme Court of Florida and the Rules Regulating The Florida Bar.

2. Petitioner, represented and with the advice of counsel, knowingly and voluntarily submits this petition with full knowledge of its effect.

3. Petitioner has no disciplinary history with The Florida Bar.

4. The following disciplinary charges are currently pending against the Petitioner:

A. The Florida Bar File No. 2019-70, 385 (11C) is pending at staff level and emanates from Petitioner's failure to appear at properly noticed court hearings. Petitioner's non-appearance resulted in criminal contempt proceedings which are currently pending before the Honorable K. Michael Moore, in the U.S. District Court for the Southern District of Florida, Case No. 1:18-MC-254776-KMM.

B. The Florida Bar File No. 2019-70, 269 (11C) is pending at grievance committee level and involves allegations of client neglect, lack of communication, and lack of diligence.

5. Petitioner contends that granting this Petition will not adversely affect the public interest, the integrity of the courts, or the confidence of the public in the legal profession. Further, Petitioner contends that granting this Petition will not hinder the administration of justice.

6. Petitioner agrees to reimburse the Client Security Fund (CSF) for any and all funds CSF has paid or may pay out for claims resulting from Petitioner's misconduct.

7. Petitioner agrees to reimburse The Florida Bar for the costs incurred in his disciplinary cases, to wit: $1,250.00 in administrative costs.

8. Petitioner agrees to submit to a complete audit of any trust account(s) and any other account(s) in which Petitioner has placed client funds, if requested to do so by The Florida Bar.

9. Petitioner further agrees to submit a sworn financial affidavit to The Florida Bar attesting to Petitioner's current personal and professional financial circumstances on a form to be provided by The Florida Bar within thirty (30) days, if requested.

10. Petitioner further agrees to maintain a current mailing address with The Florida Bar for a period of five (5) years after the disciplinary revocation becomes final. Further, Petitioner shall keep the bar advised as to the physical address of Petitioner's home and/or business in the event Petitioner should utilize a post office box or other type of mail drop service during the five (5) year period after the disciplinary revocation becomes final.

11. Petitioner understands that the granting of this petition by the Supreme Court of Florida shall serve to dismiss all pending disciplinary cases.

WHEREFORE, Petitioner respectfully requests that this Court grant this Petition and order that Petitioner's membership in The Florida Bar be revoked with leave to seek readmission.

Respectfully submitted,

*Juan Alban*
_____
Juan Fernando Alban Naranjo, Petitioner
3625 NW 82nd Avenue; Suite 405
305/477-3000
Florida Bar ID No.: 109606
juan@alban-law.com

Dated this 19 day of February 2019.

_____
William R. Tunkey, Esq.
Attorney for Petitioner
2250 S.W. 3rd Avenue, 4th Floor
Miami, FL 33129
305/858-9550
Florida Bar ID No.: 125153
Bill@TunkeyLaw.com

Dated this 19 day of February, 2019.

4

## CERTIFICATE OF SERVICE

I certify I have served the original of the forgoing Petition for Disciplinary Revocation With Leave to Apply for Readmission on Arlene Kalish Sankel, Chief Branch Discipline Counsel, The Florida Bar, 444 Brickell Avenue, Suite M-100, Miami, FL 33131, on this __19__ day of February, 2019, for E-filing with The Honorable John A. Tomasino, Clerk of the Florida Supreme Court using the E-Filing Portal.

_____
William R. Tunkey, Esq.
Attorney for Petitioner