UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-mc-25476-KMM

IN RE: JUAN F. ALBAN

_____

### SIXTH NOTICE OF FILING

The Defendant, through undersigned counsel, gives notice of filing of a copy of:

The Florida Bar's Response to Petition for Disciplinary Revocation.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was forwarded this 2nd day of April, 2019, to: Jared Strauss, Esquire, Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

Respectfully submitted,

**WILLIAM TUNKEY, P.A.**
2250 Southwest Third Avenue, 4th Floor
Miami, Florida 33129
Telephone: (305) 858-9550

By: /s/  William R. Tunkey
     WILLIAM R. TUNKEY
     Florida Bar No. 125153

Filing # 87274727 E-Filed 04/01/2019 03:30:57 PM

IN THE SUPREME COURT OF FLORIDA

IN RE: PETITION FOR
DISCIPLINARY REVOCATION OF
JUAN FERNANDO ALBAN
NARANJO,

    Petitioner.

Supreme Court Case
No. SC19-284

The Florida Bar File
No. 2019-70,459 (11P) (MDR)

_____/

## THE FLORIDA BAR'S RESPONSE TO PETITION FOR DISCIPLINARY REVOCATION

    COMES NOW The Florida Bar, pursuant to Rule Regulating Fla. Bar 3-7.12, and files this Response to Juan Fernando Alban Naranjo's Petition for Disciplinary Revocation, and states as follows:

    1.    On February 21, 2019, Juan Fernando Alban Naranjo's Petition for Disciplinary Revocation was docketed with this Court.

    2.    The Florida Bar's Board of Governors considered the Petition at its March meeting and voted to support the Petition.

    3.    Contemporaneous with this response, the Bar is filing a Motion to Assess Costs.

    WHEREFORE, The Florida Bar requests that this Court grant the Petition for Disciplinary Revocation and that the Court award costs to The Florida Bar.

Respectfully submitted,

*Arlene K. Sankel*
Arlene Kalish Sankel
Chief Branch Discipline Counsel
The Florida Bar, Miami Branch
444 Brickell Avenue
Rivergate Plaza, Suite M-100
Miami, Florida 33131-2404
(305) 377-4445
Florida Bar No. 272981
asankel@floridabar.org

## CERTIFICATE OF SERVICE

I certify that this document has been E-Filed with The Honorable John A. Tomasino, Clerk of the Supreme Court of Florida, and that a copy has been furnished using the E-filing Portal to William R. Tunkey, Attorney for Petitioner, via mail at bill@tunkeylaw.com; and to Adria E. Quintela, Staff Counsel, The Florida Bar, at aquintel@floridabar.org on this 1sr day of April, 2019.

*Arlene K. Sankel*
Arlene Kalish Sankel
Chief Branch Discipline Counsel

IN THE SUPREME COURT OF FLORIDA

IN RE:

THE PETITION FOR DISCIPLINARY
REVOCATION OF JUAN
FERNANDO ALBAN NARANJO

Petitioner.

Supreme Court Case
No. SC19-284

The Florida Bar File
No. 2019-70,459 (11P) MDR

_____/

## MOTION TO ASSESS COSTS

The Florida Bar requests costs be assessed against Petitioner pursuant to Rule 3-7.12(e) of the Rules Regulating The Florida Bar, and as grounds therefore states as follows:

1. The Florida Bar has incurred costs in these proceedings. The Bar's Statement of Costs is attached as Exhibit "A."

2. The costs incurred by The Florida Bar were necessary and reasonable and are not excessive.

3. Petitioner has agreed to pay costs as set forth in the attached Statement.

WHEREFORE, The Florida Bar requests that costs in the amount of $1,250.00 be assessed against Petitioner.

Respectfully submitted,

*Arlene K. Sankel*

Arlene Kalish Sankel
Chief Branch Discipline Counsel
The Florida Bar, Miami Branch
444 Brickell Avenue
Rivergate Plaza, Suite M-100
Miami, Florida 33131-2404
(305) 377-4445
Florida Bar No. 272981
asankel@floridabar.org

## CERTIFICATE OF SERVICE

I certify that this document has been E-Filed with The Honorable John A. Tomasino, Clerk of the Supreme Court of Florida, and that a copy has been furnished using the E-filing Portal to William R. Tunkey, Attorney for Petitioner, via email at bill@tunkeylaw.com; and to Adria E. Quintela, Staff Counsel, The Florida Bar, via email at aquintel@floridabar.org, on this 1st day of April, 2019.

*Arlene K. Sankel*

Arlene Kalish Sankel
Chief Branch Discipline Counsel

IN THE SUPREME COURT OF FLORIDA

THE FLORIDA BAR,

IN RE:
THE PETITION FOR DISCIPLINARY
REVOCATION OF JUAN
FERNANDO ALBAN NARANJO

Petitioner.

Supreme Court Case
No. SC19-284

The Florida Bar File
No. 2019-70,459 (11P) (MDR)

_____/

## STATEMENT OF COSTS

COMES NOW, The Florida Bar, and files this Statement of Costs pursuant to Rule 3-7.6(q) of The Rules Regulating The Florida Bar:

Administrative costs......................$1,250.00

**TOTAL**              **$1,250.00**

Respectfully submitted,

*Arlene K. Sankel*
Arlene Kalish Sankel
Chief Branch Discipline Counsel
The Florida Bar, Miami Branch
444 Brickell Avenue
Rivergate Plaza, Suite M-100
Miami, Florida 33131-2404
(305) 377-4445
Florida Bar No.: 272981
asankel@floridabar.org

EXHIBIT A